UNITED STATES of America, Plaintiff—Appellee,

v.

James Demetrius ROBINSON, Defendant—Appellant.

No. 08–6893.

United States Court of Appeals, Fourth Circuit.

Submitted: March 13, 2009.

Decided: March 25, 2009.

James Demetrius Robinson, Appellant Pro Se. Ronald Andrew Bassford, Craig Jon Jacobsen, Assistant United States Attorneys, Roanoke, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Demetrius Robinson appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Robinson*, No. 6:02–cr–70098–nkm–1 (W.D.Va. May 22, 2008). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*